## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:                          )       MISC NO.
                                   )
                                   )
                                   )
SEARCH WARRANTS           )       <u>ORDER TO UNSEAL</u>
                                   )       <u>SEARCH WARRANTS</u>

      UPON MOTION of the United States of America, by and through Gretchen C.F.

Shappert, United States Attorney for the Western District of North Carolina, for an order

directing that the affidavit and applications for search warrant in this cause be unsealed; and

      IT APPEARING TO THE COURT that there no longer exists any danger to the attendant

investigation in this case;

      NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

      This the _____ day of April, 2006.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE